# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LINDA ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No.     07-CV-497 DRH |
| | ) | |
| **JOHNSON & JOHNSON, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of Court has reassigned this matter to United States District Judge G. Patrick Murphy. All further documents filed in this matter shall bear case number 07-CV-497-GPM.

**IT IS SO ORDERED**.

DATED: This  12th  day of July, 2007.


/s/             David  RHerndon
UNITED STATES DISTRICT JUDGE