IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| LINDA G. ADAMS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 3:07-CV-497-GPM |
|  | ) |  |
| JOHNSON & JOHNSON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**AMENDED SCHEDULING ORDER**

Currently pending before the Court is a Joint Motion for Extension of Time to Complete Discovery (Doc. 27). The parties have provided to the Court a proposed amended scheduling order that contemplates extensions of the deadlines for disclosure and depositions of expert witnesses, for the close of discovery, and for the filing of dispositive motions. Although the parties do not specifically request it, the proposed scheduling order indicates that the parties also contemplate a continuance of the trial date. The Court hereby **GRANTS** the motion for extension of time and approves and enters the Proposed Amended Scheduling and Discovery Order submitted by the parties, and modified by the Court.

A. The settlement conference set for **June 11, 2008, at 9:00 a.m.** in the East St. Louis Federal Courthouse before Magistrate Judge Donald G. Wilkerson remains set for that date. If the parties believe that a sooner or later settlement conference date will be beneficial, they may file a motion requesting a change of the date for the conference.

B. A final pretrial conference will be set before the trial judge in accordance with SDIL-LR16.2(b).

1

C. The presumptive trial month is **RESET** for **January 2009.**

**DATED: May 12, 2008**

                                                          **s/ *Donald G. Wilkerson***
                                                        **DONALD G. WILKERSON**
                                                        **United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| LINDA G. ADAMS, Independent Administrator of the Estate of JAMES E. ADAMS, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> JOHNSON & JOHNSON, ALZA CORPORATION, and JANSSEN, L.P., a/k/a JANSSEN PHARACEUTICA, L.P., CVS/PHARMACY #6386, CVS 6386 IL, L.L.C., HOOK-SUPERX, INC., HOOK-SUPERX, L.L.C, and CVS CORPORATION, <br><br> Defendants. | CASE NO: 07-497-GPM-DGW <br><br> CJRA TRACK C <br><br> PRESUMPTIVE TRIAL MONTH <br> JANUARY 2009 <br><br> JUDGE G. PATRICK MURPHY |

**JOINT REPORT OF PARTIES AND**
**PROPOSED AMENDED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Fed.R.Civ.P.26(f) and Local Rule 11, an initial meeting of the parties was held on August 28, 2007.

**SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:**

1) Initial interrogatories and requests to produce, pursuant to Fed.R.Civ.P.33 and 34, shall be served on opposing parties by **September 15, 2007**.

2) Plaintiff's deposition shall be taken by **November 1, 2007**.

3) Defendants' depositions shall be taken by **May 1, 2008**.

4) Third party actions must be commenced by **October 1, 2007**. Cross-claims and counterclaims shall be filed in accordance with the Federal rules of Civil Procedure.

3

5) Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Fed.R.Civ.P.26(a)(2) as follows:

    Plaintiffs' expert: **June 1, 2008**

    Defendants' expert: **August 1, 2008**

    Third party expert: **August 1, 2008**

6) Depositions of expert witnesses must be taken by:

    Plaintiffs' expert: **July 1, 2008**

    Defendants' expert: **September 1, 2008**

    Third party expert: **September 1, 2008**

7) Discovery shall be completed by **September 5, 2008** (which date shall be no later than **115** days before the first day of the month of the presumptive trial month). Any written interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full 30 days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8) All dispositive motions shall be filed by **September 19, 2008**, (which date shall be no later than **100** days before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

9) The Scheduling and Discovery Conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves the parties' proposed Scheduling and Discovery Order as submitted.

DATED:_____

| | |
|---|---|
| /s/ Eric J. Carlson<br>ERIC J. CARLSON, #6228973<br>Carlson & Carlson, P.C.<br>#6276216<br>P.O. Box 527<br>Edwardsville, IL 62025<br>618-656-0066<br>618-656-0009 (fax)<br>ecarlson@mcleodusa.net<br><br>and<br><br>Mark D. Hassakis<br>Hassakis & Hassakis, P.C.<br>Boston Building, Suite 201<br>206 South Ninth Street<br>P.O. Box 706<br>Mt. Vernon, Illinois 62864-0015<br>618-244-5335<br><br>ATTORNEYS FOR PLAINTIFFS | /s/ Ernest W. Auciello<br>ERNEST W. AUCIELLO<br>Courtney Youngblood Jalics,<br><br>Tucker, Ellis & West, LLP<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland, OH  44115<br>216-696-4362<br>216-592-5009 (fax)<br><br>Robert H. Schultz, Jr.<br>Heyl, Royster, Voelker & Allen<br>103 West Vandalia, Suite 100<br>Edwardsville, IL  62025<br>618-656-4646<br><br>ATTORNEYS FOR DEFENDANTS |