# CURRICULUM VITAE

## MICHAEL W. KAUFMAN, M.D.

| | |
|---|---|
| **DATE OF BIRTH:** | November 15, 1946 |
| **PLACE OF BIRTH:** | Jamaica, New York |
| **MARITAL STATUS:** | Married, Jill E. Zucker |
| **CHILDREN:** | James age 37, Adam age 34<br>Lea age 31, Elizabeth age 30 |
| **OFFICE ADDRESS:** | Department of Pathology<br>Evanston Hospital<br>2650 Ridge Avenue<br>Evanston, Illinois 60201-1718 |
| **OFFICE TELEPHONE:** | (847) 570-2753 |
| **FAX NUMBER:** | (847) 570-2927 |
| **LONG RANGE PAGER:** | (312) 936-5960 |

**EDUCATION:**

High School:  The Kew-Forest School
Forest Hills, New York
Attendance from September 1960 to June 1963

College:  The University of Rochester
Rochester, New York
Attendance from September 1963 to June 1965

Wesleyan University
Middletown, Connecticut
Attendance from September 1965 to June 1967
Major: Biology  Minor: Political Science
Graduated Magna cum Laude with B.A. in June 1967
Elected to Phi Beta Kappa, May 1967

Medical School:  The University of Chicago
Pritzker School of Medicine - Chicago, Illinois
Attendance from September 1968 to June 1972
Graduated with M.D. degree in June 1972

Exhibit 22

Michael W. Kaufman, M.D. - Curriculum Vitae                                                    2

**POSTGRADUATE MEDICAL EDUCATION**

    **Internship** (Pathology): July 1, 1972 - June 30, 1973

    **Residency** in Pathology: July 1, 1973 - June 30, 1976

All of the above training was taken in Anatomic Pathology at the Department of Pathology of the University of Chicago Hospitals and Clinics, Werner H. Kirsten, M.D., Chairman.

    **Fellowship**:   American Cancer Society Clinical Research
                      Clinical Research Fellow in Surgical Pathology
                      University of Texas M.D. Anderson Hospital and Tumor Institute
                      Texas Medical Center, Houston, Texas  77030
                      Frederick Becker, M.D., PhD., Chairman
                      July 1, 1977 - June 30, 1978

**CURRENT POSITIONS:**

    **Senior Attending Pathologist**
    Department of Pathology
    Evanston Northwestern Healthcare
    2650 Ridge Avenue
    Evanston, Illinois 60201-1718
    Thomas A. Victor, M.D., Ph.D., Chairman
    From July 7, 1978 - present

    **Director of Autopsy Services**
    Evanston, Glenbrook, and Highland Park Hospitals
    From May 1, 1994 - present

    **Assistant Professor of Pathology**
    Department of Pathology
    Northwestern University School of Medicine
    303 East Chicago Avenue
    Chicago, Illinois  60611
    Janardan Reddy, M.D., Chairman
    From May 1979 - present

    **Medical Director**
    Evanston Northwestern Healthcare Laboratory Services Corporation
    3633 West Lake Avenue
    Glenview, Illinois 60025
    From May 1, 1994 - present

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae                                          3

**CURRENT POSITIONS, continued**

**Medical Director**
Chicago Area Autopsy Service
1313 E. Sibley Boulevard  Suite 206
Dolton, Illinois, 60419
From 1985 - present

**ADDITIONAL EMPLOYMENT:**

Consulting Pathologist, Department of Pathology:

    Lake Forest Hospital
    Lake Forest, Illinois
    From July 1978 - present

    Condell Memorial Hospital
    Libertyville, Illinois
    From July 1978 - present

Northwestern Memorial Hospital
    Chicago, Illinois
    From July 1997 - present

**PREVIOUS POSITIONS:**

| | |
|---|---|
| Medical Director<br>Harambee Clinic<br>Chicago, Illinois | November 1975 - June 1976 |
| Assistant Pathologist:<br>Department of Pathology<br>West Suburban Hospital<br>Oak Park, Illinois | December 1976 - March 1977 |
| Coroner's Physician<br>McHenry County<br>McHenry, Illinois | January 1977 - June 1977 |
| Assistant Director of<br>  Laboratory Medicine<br>McHenry Hospital<br>McHenry, Illinois<br>Geoffrey Kent, M.D., Director | January 1977 - June 1977 |

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae 4

## PREVIOUS POSITIONS, continued

| | |
|---|---|
| Consulting Pathologist<br>Highland Park Hospital<br>Highland Park, Illinois | July 1978 – July 2000 |
| Medical Director<br>Wellness, Inc.<br>Schaumburg, Illinois | September 1986 - January 1989 |
| Consulting Pathologist<br>Met Path Clinical Laboratories<br>Wood Dale, Illinois<br>Manju Dhanda, M.D., Director | June 1987 - March 1990 |
| Laboratory Director<br>Bio-Clinical Laboratories<br>Chicago, Illinois | July 1988 - October 1990 |
| Consulting Pathologist<br>National Health Laboratories<br>Elmhurst, Illinois<br>Anthony V. Thomas, M.D., Director | July 1994 - February 1995 |

## RESEARCH EXPERIENCE:

Research Assistant
Sloan-Kettering Institute for Cancer Research
444 East 68th Street
New York, New York  10028

Research Supervisors:  Malin Dollinger, M.D. and Joseph Burchenal, M.D.

Research Topic:     In Vitro Effects of L-Asparaginase on Mouse Murine Leukemia Cell Lines (unpublished) November 1967 - October 1968

## PROFESSIONAL ACTIVITIES:

Wilmette Volunteer Blood Program
(affiliated with LifeSource Blood Center) 1980 - 1998

Councilor and Chairman of Annual Fund
Past President (1990-1991)
University of Chicago Medical Alumni Association 1984 - 2000

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae                                                                           5

**PROFESSIONAL ACTIVITIES, continued**
    Editorial Reviewer
    Archives of Pathology and Laboratory Medicine: 1986; 2005

    Actor in movie **The Fugitive**, starring Harrison Ford, Chicago, 1994.

**PRESENTATIONS:**

Workshop on Fine Needle Aspiration, presented by members of the Department of Pathology of Evanston Hospital, May, 1980.

Presented paper, "Carcinoma of the Breast with Sarcomatoid Metaplasia". to the Joint College of American Pathologists and American Society of Clinical Pathologists Meeting in Atlanta, Georgia, March 25, 1980.

Lecture, "Fine Needle Aspiration of Lymph Nodes and Salivary Glands", Chicago Pathology Society meeting of June, 1981.

Presented paper, "Fine Needle Aspiration of Lymph Nodes", to the International Academy of Pathology Meeting in Boston, Massachusetts, March, 1982.

Presented paper, "Needle Aspiration of Lymph Nodes" to the Midwest Clinical Conference of the Chicago Medical Society in Chicago, Illinois, March, 1982. Presented paper, "Needle Aspiration of Salivary Glands" to the Illinois Society of Cytology in Chicago, Illinois, February, 22, 1983.

Lecture, "Pathology: Implications for the Clinical Oncologist". to the Cook County Graduate School of Medicine, Board Review Course for Oncology/Hematology, Chicago, Illinois, September 23, 1983.

Lecture, "Tumor Biology and Kinetics", to the American College of Surgeons Course on Cancer Management, Chicago, Illinois, April 13, 1984.

Lecture, "The Use of Histologic Stains to Identify Various Microbiologic Organisms in Tissues", to the National Society of Histotechnologists, Region IV - 1984 Symposium, Milwaukee, Wisconsin, June 1, 1984.

Lecture, "The Biology of Tumors and Tumor Growth Kinetics to the American College of Surgeons Course on Cancer Management, San Antonio, Texas, March 8, 1985.

Lecture, "The Pathology of Cancer and Tumor Biology and Growth Kinetics", to the American College of Surgeons Course on Cancer Management, Chicago, Illinois, September 13, 1985.

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae                                                                                         6

**PRESENTATIONS, continued**

Workshop, "Fine Needle Aspiration of the Breast", American College of Surgeons Course on Cancer Management, Chicago, Illinois, September 13-14, 1985.

Lecture, "Pathology: Implications for the Clinical Oncologist", to the Cook County Graduate School of Medicine, Board Review Course for Oncology/Hematology, Chicago, Illinois, October 2, 1985.

Lecture, "Fine Needle Aspiration of the Salivary Gland", Illinois Society of Cytology, Chicago, March 19, 1987.

Lecture, "Necrobiotic Granulomas of the Skin", to the Illinois Tumor Registry, Hektoen Institute, Chicago, Illinois, June 1, 1987.

Lecture "Clinical Pathology/Histology Problems", to the Cook County Graduate School of Medicine, Board Review Course for Oncology/Hematology, Chicago, Illinois, September 15, 1987.

Lecture, "The Role of the Anatomic Pathologist in Medical Litigation", to the Department of Pathology, M.D. Anderson Hospital and Tumor Institute, Houston, Texas, November 13, 1987.

Lecturer and Panelist, "Medical Malpractice: Unsettling Settlements", given at the University of Chicago School of Medicine, February 11, 1988.

Lecture, "Necrobiotic Granulomas of the Skin", to the American Society of Clinical Pathologists Pathology Update Course, Chicago, Illinois, March 30, 1988.

Lecture, "The Role of the Anatomic Pathologist in Medical Litigation", to the Chicago Pathology Society, Chicago, Illinois, October 10, 1988.

Lecturer and Panelist, "Medical Malpractice: Unsettling Settlements - Part II", given at the University of Chicago School of Medicine, November 10, 1988.

Lecture, "Non-Neoplastic Dermatoses of the Skin: Necrobiotic Granulomas", to the American Society of Clinical Pathologists Pathology Update Course, Chicago, Illinois, September 9, 1989.

Lecture, "Quality Assurance in Anatomic Pathology", to the American Society of Clinical Pathologists Pathology Update Course, Chicago, Illinois, September 9, 1989.

Lecture, "Quality Assurance and Areas of Medical-Legal Negligence in the Anatomic Pathology Department", National Society for Histotechnology National Convention, Las Vegas, Nevada, September 26, 1989.

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae                                                    7

**PRESENTATIONS, continued**

Presented paper "Factitious Rupture of the Gallbladder Secondary to Sexual Assault" to the Annual Meeting of the American Academy of Forensic Sciences, Boston, Massachussetts, February 19, 1993.

Lecturer and Panelist "Medical Malpractice in the 1990's", given at the University of Chicago School of Medicine, November 16, 1993.

Presented paper "Sudden Unexplained Nocturnal Death Syndrome: A Possible Case of Involuntary Homicide" to the Annual Meeting of the American Academy of Forensic Sciences, San Antonio, Texas, February 17, 1994.

Panelist, "The Trials and Tribulations of Residency" given at the University of Chicago School of Medicine, February 21, 1994.

Presented paper "Factitious Rupture of the Gallbladder Secondary to Sexual Assault" to the Department of Pathology, M.D. Anderson Hospital and Tumor Institute, University of Texas, Houston, Texas, April 29, 1994.

Lecture, "What Pathologists Do" given at Surgipath Medical Industries, Richmond, Illinois, December 15, 1994.

Lecture, "The Role of The Pathologist in Civil Litigation" to The Academy of Florida Trial Lawyers, Lake Buena Vista, Florida, January 25, 1995.

Lecture, "Postbusters - A Private Hospital-Based Autopsy Service" to the Annual Meeting of The American Academy of Forensic Sciences, Seattle, Washington, February 16, 1995.

**POSTER PRESENTATIONS**

Springer GF, Ghazizaden M, Carlstedt SC and Kaufman MW. Prognostication of human breast carcinoma by quantitative imaging immunohistochemistry of T antigen. Impact of Biotechnology on Predictive Oncology and Therapy, Boston, MA, December 11-13, 1994.

Springer GF, Ghazizaden M, Wang B, Carlstedt SC and Kaufman MW. Prognostication of human breast carcinoma by quantitative imaging immunohistochemistry of T and Tn antigens, Finch University of Health Sciences/The Chicago Medical School Faculty Research Poster Session, January 20, 1995.

Wilson AL, Kaufman MW, Thomson Jr. RB, and Gavin PJ. Fulminant fatal toxic shock syndrome associated with Staphyloccal laryngotracheitis. Presented at American Society for Microbiology General Meeting, Orlando, FL, May 2006.

Exhibit 22

Michael W. Kaufman, M.D. - Curriculum Vitae                                                                 8

## CONTINUING MEDICAL EDUCATION TEACHING

Instructor, The Cook County Graduate School of Medicine, Specialty Review Course in
    Obstetrics and Gynecology.

> October 28 - November 3, 1990  Chicago
> April 28 - May 4, 1991 and October 27 - November 2, 1991 Chicago

> Instructor, The National Center for Advanced Medical Education
> Specialty Review Course in Obstetrics and Gynecology

> May 2-8, 1992            Chicago
> October 26-30, 1992      Chicago
> May 9-15, 1992           Chicago
> September 26 - October 1, 1993    Chicago
> May 23 - May 27, 1994 Chicago
> October 23-29, 1994      Chicago
> May 21 - 27, 1995        Chicago

## PUBLICATIONS

1.  Sylora HO, Diamond J, Kaufman M, Straus F, and Lyon E: Primary Carcinoid Tumor of the
    Urethra. Journal of Urology 114:150, 1975.

2.  Kapelanski D, Block G, and Kaufman M: Characteristics of the Primary Lesion of
    Malignant Melanoma as a Guide to Prognosis and Therapy. Annals of Surgery 18:225,
    1979.

3.  Madanat F, Want Y, Gleiser C, Ali M, Kaufman M, and van Eyes J: Vitamin E and
    Adriamycin-induced Toxicity in Rabbits. Cancer Research 40:1022-1027, 1980.

4.  Kaufman M, Marti J, Gallager HS, and Hoehn J: Carcinoma of the Breast with
    Sarcomatoid Metaplasia. American Journal of Clinical Pathology 75:872, 1981 Abstract.

5.  Schilli R, Breuer R, Klein F, Dunn K, Gnaedinger A, Bernstein J, Paige M, and Kaufman
    M: Comparison of the Composition of Fecal Fluid in Crohn's Disease and Ulcerative
    Colitis. Gut 23:326-332, 1982.

6.  Kaufman M: "Aspiration Cytology of Lymph Nodes". Laboratory Investigation 46:45a,
    1982 Abstract.

7.  Kaufman M, Marti J, Gallager HS, and Hoehn J: Carcinoma of the Breast with
    Sarcomatoid Metaplasia. Cancer 53:1908-1917, 1984.

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae                                          9

**Publications, continued**

8.  LoCicero J, Fredericksen J, Hartz R, Kaufman M, and Michaelis L: Experimental Air Leaks in Lung Sealed by Low Energy $CO_2$ Laser Irradiation. Chest 87:820-822, 1985.

9.  Kaufman M: The Significance of Endometrial Cells Present in Cervical Aspirates. Surgipath Industries, Micro Views 1:4, 1985.

10. LoCicero J, Fredericksen J, Hartz R, Kaufman M, and Michaelis L: Evaluation of the Carbon Dioxide Laser for Performance of Gastrointestinal Myotomies. Lasers in Surgery and Medicine 5:423-427, 1985.

11. Kaufman M: The Growth of Tumors. Surgipath Industries, Micro Views 2:9-10, 1986.

12. Meiselman M, Ghahremani G, and Kaufman M: Crohn's Disease of the Duodenum Complicated by Adenocarcinoma. Gastrointestinal Radiology 12:333-336, 1987.

13. Agha Farooq P, Ghahremani Gary G, Panella Joseph S, Kaufman Michael W: Appendicitis as the Initial Manifestation of Crohn's Disease. American Journal of Roentgenology 149:515-518, 1987.

14. Kaufman M: Report from the Grey Zones: What Surgical Pathologists Do. Surgipath Industries, Micro Views 4:9-11, 1988.

15. Nam Howard K, Kaufman Michael W, and Wolff, Allan P: Leiomyoma of the Nasal Vestibule. Archives of Otolaryngology - Head and Neck Surgery 115:244-245, 1989.

16. Kaufman, M: The Theory of Irreversible Accountability. Infoline 2:1-6, 1989.

17. Bailey, L., Scanlon, E.F., and Kaufman, M.: Multifocal Adult Rhabdomyoma; Report of a Case and Review of the Literature. Unpublished.

18. Reid, S.E., Jr., Kaufman, M.W. and Scanlon, E.F.: Malignant Cellular Blue Nevi. Unpublished.

19. Kaufman, M.: Factitious Rupture of The Gallbladder Secondary to Sexual Assault. In preparation.

20. Kaufman, M. and Wilkens, W.: Sudden Unexplained Nocturnal Death Syndrome: A Possible Case of Involuntary Homicide. In preparation.

21. Wilkens, W. and Kaufman, M.: Postbusters - A Private Hospital-Based Autopsy Service. In preparation.

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae                                                                                                                        10

**Publications, continued**

22. Wang, B, Springer, G.F., and Kaufman, M.W.: Concurrent Immunohistochemical Staining of Tumor Infiltrating Lymphocytes and Carcinoma-Associated T (Thomsen-Friedenreich)/Tn Antigens in Human Breast Carcinoma. Journal of Histochemistry and Cytochemistry 44 187-191, 1996.

23. Reid, S.E., Murthy, M.S., Kaufman, M.W. and Scanlon E.F.: Role of Cytokines and Growth Factors in Promoting the Local Recurrence of Breast Cancer. British Journal of Surgery 83:313-320, 1996.

24. Reid, S.E., Murthy, M.S., Kaufman, M.W., and Scanlon, E.F.: The Role of Endocrine and Paracrine Hormones in the Promotion, Progression and Recurrence of Breast Cancer. British Journal of Surgery. 83:1037-1046, 1996.

25. Reid, S.E., Kaufman, M.W., Murthy, M.S. and Scanlon, E.F.: Perioperative Stimulation of Residual Cancer Cells Promotes Local and Distant Recurrence of Breast Cancer. Journal of the American College of Surgeons. 185:290-306, 1997.

26. Wang, B.L, Springer, G.F. and Kaufman, M.W.: Extent of T(Thomsen-Friedenreich) and Tn Antigen Expression in Human Breast Medullary Carcinoma and their Significance. Abstract. 1997.

27. Kaufman, M.W.: "Autopsy and Pathology," chapter 12 Lane Medical Litigation Guide, Fred Lane, J.D., editor. West Group Publications, 2000.

28. Kaufman, M.W.: book review of text "Pathology and Law: A Practical Guide for the Pathologist" authored by Gregory G. Davis. Archives of Pathology and Laboratory Medicine v129, February 2005, pp 267-269.

29. Wilson AL, Kaufman MW, Thomson, Jr RB, and Gavin PJ. Fulminant fatal toxic shock syndrome associated with Staphylococcal laryngotracheitis. Am J Em Med 2007; 25(2):225-226.

**GRANT FUNDING AWARDED:**

National Institutes of Health: NIH Grant CA22540

**PROFESSIONAL ORGANIZATIONS:**

    National Board of Medical Examiners, Diplomate (1973)
    Chicago Pathology Society (1974)
    American Medical Association (1975)
    Illinois State Medical Society (1975)
    Chicago Medical Society (1975)
    American Board of Pathology, Diplomate (1976)
    College of American Pathologists, Fellow (1978)

Exhibit 22

**Michael W. Kaufman, M.D.** - Curriculum Vitae                                                          11

**(Professional Organizations, continued)**
    International Academy of Pathology, Associate (1978)
    American Society of Clinical Pathologists, Fellow (1979)
    Illinois Society of Pathologists (1988)

**MEDICAL LICENSURE:**

Illinois (1973); California (1976); New York (1976); Texas (1977)

**BOARD CERTIFICATION:**

    Anatomic Pathology (June 1976); recertified (January 1997); re-recertified (January 2008)
    Cytopathology (November 1989)

Exhibit 22