

2150 Pfingsten Road
Suite 3000
Glenview, Illinois 60026-1314
(847) 657-1700
(847) 657-1715 fax

## OMEGA
*Corporate and Occupational Health Services*

August 26, 2008

Eric J. Carlson
Carlson & Carlson PC
PO Box 527
#90 Edwardsville Professional Park
Edwardsville, IL 62025

Re: James Adams vs. Johnson & Johnson
Cause No. 07-497-GPM-DGW

Dear Mr. Carlson:

It was a pleasure discussing the above referenced case with you on Tuesday, August 26, 2008. I have reviewed the following documents:

- Deposition of Dr. Grimm
- Deposition of Mrs. Adams
- Medical records/chronology of Mr. Adams
- Autopsy/Toxicology results

I have noted that Mr. Adams' post mortem blood fentanyl level was 12.2 ng/ml. This level would not be expected to occur from a 75 ug/h Duragesic patch. It would be expected that the fentanyl post mortem blood level would be less than 4 ng/ml, with proper administration and functioning of a 75 ug/h Duragesic patch. Note that the expectant blood concentration of fentanyl is 1.7 ng/ml from a 75 ug/h Duragesic patch with a mean S.D. of 0.7 ng/ml. As a very potent narcotic agent, fentanyl is about 100 times as potent as morphine. This post mortem level is consistent with a toxic level that can be expected to result in deleterious sedative effects, (central nervous system and respiratory depression) that can be lethal. It can also be expected that tramadol may accentuate this effect. It is my opinion hat these narcotic levels (particularly the fentanyl) are a significant contributing factor (by a non-cardiac mechanism) in Mr. Adams death.

The basis of this opinion is the elevated postmortem level of fentanyl noted at autopsy and the known sedative/narcotic effects that would be expected to occur at this level. Additionally, fentanyl (even at elevated doses) rarely exhibits any direct cardiac arrthymic effects. Furthermore, there does not appear to be any significant cardiac-related symptoms exhibited by Mr. Adams prior to his death. I do not believe that post-mortem redistribution plays any significant role in the clinical interpretation of the fentanyl levels due to the relatively small analytical variance which may occur.

I hold all of the above opinions to a reasonable degree of medical certainty.

Enclosed are relevant references and testimony sheet. Please do not hesitate to contact me should you have any further questions.

Sincerely,

Jerrold B. Leikin M.D.
Director of Medical Toxicology
Evanston Northwestern Healthcare-OMEGA

Enclosures

Exhibit 26