# Disposition of Toxic Drugs and Chemicals in Man

Eighth Edition

**RANDALL C. BASELT, Ph.D.**
*Former Director, Chemical Toxicology Institute*
*Foster City, California*

BIOMEDICAL PUBLICATIONS
FOSTER CITY, CALIFORNIA

Exhibit 32

# Fentanyl



T½: 3–12 hr
Vd: 3–8 L/kg
Fb: 0.79
pKa: 8.4
b/p: 1.0

**Occurrence and Usage.** Fentanyl (Actiq, Duragesic, Fentora, Ionsys, Matrifen, Sublimaze, ingredient of Innovar) is a synthetic narcotic analgesic of high potency and short duration of action. It is closely related to methylfentanyl, a street drug (see separate section), and to alfentanil and sufentanil, which are marketed as narcotic analgesics. Fentanyl has been in clinical use since 1963 as an adjunct to surgical anesthesia, often in combination with nitrous oxide or droperidol. The drug is available as the citrate salt in an injectable solution containing 50 µg/mL; single doses of 25–100 µg are administered intravenously or intramuscularly as needed. Both passive and patient-controlled transdermal patches are also available that contain 2.5–10 mg fentanyl and provide a dose of 25–100 µg/hr for 72 hours for management of chronic pain. Oral transmucosal dosage forms (buccal tablets) containing 100–1600 µg are provided for breakthrough cancer pain; they are to be placed in the mouth for about 15 minutes at the rate of 4 doses or less per day.

**Blood Concentrations.** Serum fentanyl concentrations attain a range of 0.3–1.2 µg/L within 24 hours after application of a 25 µg/hr transdermal patch; the ranges for the 50, 75 and 100 µg/hr patches are 0.6–1.8, 1.1–2.6 and 1.9–3.8 µg/L, respectively. Following removal of the patch, serum fentanyl levels decline with an average elimination half-life of 17 hours (range, 13–22) (PDR, 1998). Twenty-one healthy adults given 400 µg buccal tablets every 6 hours for 6 days developed average peak plasma fentanyl levels of 0.9 µg/L at 0.9 hours after the first dose and 1.8 µg/L at 0.8 hours after the last dose; elimination half-lives averaged 12 and 22 hours, respectively, on those two occasions (Darwish et al., 2007). Peak plasma fentanyl concentrations in 12 healthy adults given an 800 µg oral transmucosal dosage form over 15 minutes averaged 2.1 µg/L (range, 1.4–3.0) at 0.4 hours (Egan et al., 2000). The oral transmucosal bioavailability of fentanyl averages 50% (PDR, 2007).

Serum fentanyl concentrations after a single 2 µg/kg (140 µg/70 kg) intravenous dose to 4 healthy young adults were initially as high as 11 µg/L, but declined to about 1 µg/L after 1 hour (Fung and Eisele, 1980). A 6.4 µg/kg (448 µg/70 kg) intravenous dose given to 5 healthy young men produced an initial plasma level of 18 µg/L, which declined to less than 1 µg/L by 1.5 hours (McClain and Hug, 1980). A 60 µg/kg (4200 µg/70 kg) intravenous injection in 5 older adult cardiac surgery patients resulted in initial plasma concentrations exceeding 100 µg/L, declining to about 10 µg/L after 1 hour (Bovill and Sebel, 1980). Lunn et al. (1979) noted that cardiac surgery patients lost consciousness at an average plasma fentanyl concentration of 34 µg/L when plasma levels were brought to a peak of about 50 µg/L by the intravenous infusion of 75 µg/kg (5250 µg/70 kg) over a 15 minute period. The elimination half-life is increased to as much as 16 hours in neonates (Koehntop et al., 1986) or the elderly (Bentley et al., 1982), but apparently is not influenced significantly by either hepatic or renal disease (Haberer et al., 1982; Koren et al., 1984).

**Metabolism and Excretion.** Up to 85% of an intravenous labeled fentanyl dose is excreted in the urine over a 3–4 day period, with from 0.4–6% eliminated as unchanged drug; 26–55% is excreted as norfentanyl, together with unknown amounts of hydroxyfentanyl and hydroxynorfentanyl (Hess et al., 1972; McClain and Hug, 1980; Goromaru et al., 1984). Norfentanyl and despropionylfentanyl have been found in human plasma at levels similar to that of the parent drug (van Rooy et al., 1981). Norfentanyl was detectable for up to 72 hours at concentrations of 0.2–1.3 µg/L in urine of 7 adult female patients receiving a single 50–100 µg intravenous fentanyl dose; fentanyl was detectable for 24 hours in just 3 of 7 patients, and despropionylfentanyl was not found in any urine specimens (Silverstein et al., 1993). Groups of 29–71 chronic pain patients given 25–100 µg/hr transdermal patches had random urine concentrations that averaged 48–159 µg/L for fentanyl and 161–245 µg/L for norfentanyl, the averages generally increasing in parallel with the increasing strength of the patch (Poklis and Backer, 2004)

Exhibit 32

*Fentanyl* 617

[Metabolic pathway diagram showing fentanyl and its metabolites: despropionylfentanyl, fentanyl, hydroxyfentanyl, norfentanyl, hydroxynorfentanyl]

**Toxicity.** Fentanyl is capable of producing severe respiratory depression, muscle rigidity, seizures, coma and hypotension. Occasional patients exhibit delayed central nervous system and respiratory depression several hours after apparent recovery from surgical anesthesia (Adams and Pybus, 1978). Plasma fentanyl levels have been found to rebound at about 1 hour after an intravenous dose in some patients (Stoeckel et al., 1979; van Rooy et al., 1981). Several patients treated with 75–100 μg/hr fentanyl transdermal patches developed obtundedness, pinpoint pupils and respiratory depression attributed to use of warming blankets or increased physical activity in a warm environment (Rose et al., 1993; Newshan, 1998; Frolich et al., 2001); the package insert for the patch warns against use of any external heating devices (PDR, 1998). A 32 year old man wearing a 100 μg/hr transdermal patch who died following physical exertion on a very hot day had postmortem femoral blood and liver fentanyl concentrations of 20 μg/L and 62 μg/kg, respectively (Kemp and Harty, 2001).

A 36 year old man who died after smoking the contents of a transdermal fentanyl patch had postmortem blood and liver concentrations of 6.1 μg/L and 122 μg/kg, respectively (Marquardt and Tharratt, 1994). Fentanyl concentrations in a large series of adult intravenous abuse fatalities averaged 3.0 μg/L in blood and 3.9 μg/L in urine (Henderson, 1991). In another series of 30 adult abuse deaths, blood fentanyl concentrations averaged 18 μg/L (range, 2.2–100) (Smialek et al., 1994). Concentrations in 5 adults who died following excessive use of transdermal fentanyl averaged 23 μg/L (range, 12–41) in blood, 118 μg/kg (range, 79–203) in liver and 243 ug/L (range, 89–449) in urine (Edinboro et al., 1997; Wu Chen et al., 1999; Anderson and Muto, 2000; Coopman et al., 2007). Postmortem blood fentanyl levels averaged 18 μg/L (range, 4–54) in 27 adults who died as a result of transdermal use and 59 μg/L (range, 3–383) in 10 adults who died following intravenous injection (Martin et al., 2006). The following tissue concentrations were noted in 7 adults who died after self-administered intravenous injections of fentanyl (Garriott et al., 1984; Levine et al., 1987; Pare et al., 1987; Felgate, 1988; Matejczyk, 1988; Levine et al., 1989; Chaturvedi et al., 1990):

**Fentanyl Concentrations in Fatal Cases (μg/L or μg/kg)**

|  | Blood | Brain | Liver | Kidney | Urine |
|---|---|---|---|---|---|
| Average | 8.3 | 20 | 37 | 18 | 28 |
| (Range) | (3.0–28) | (9.2–30) | (5.9–78) | (6.1–42) | (5.0–93) |

Fentanyl may exhibit postmortem redistribution; heart/peripheral blood concentration ratios averaged 1.6 (range, 0.7–4.6) in one study of 13 fatalities (Anderson and Muto, 2000) and 2.7 (range, 0.5–11) in another group of 80 (Isenschmid et al., 2006).

**Analysis.** Fentanyl has been measured in biological fluids by radioimmunoassay (Michiels et al., 1977), a version of which has been made available commercially. Gas chromatographic methods have utilized nitrogen-phosphorus (Gillespie et al., 1981; van Rooy et al., 1981; Phipps et al., 1983; Kowalski

Exhibit 32

et al., 1987; Kintz et al., 1989; Choi et al., 2001) and mass spectrometric detection (Schwartz et al., 1994; Fryirs et al., 1997; Van Nimmen et al., 2004; Bagheri et al., 2007). Liquid chromatography has also been described (Kumar et al., 1987; Day et al., 2003; Huynh et al., 2005; Coopman et al., 2007).

## References

A.P. Adams and D.A. Pybus. Delayed respiratory depression after use of fentanyl during anaesthesia. Brit. Med. J. 1: 278–279, 1978.

D.T. Anderson and J.J. Muto. Duragesic transdermal patch: postmortem tissue distribution of fentanyl in 25 cases. J. Anal. Tox. 24: 627–634, 2000.

H. Bagheri, A. Es-haghi, F. Khalilian and M.R. Rouini. Determination of fentanyl in human plasma by head-space solid-phase microextraction and gas chromatography-mass spectrometry. J. Pharm. Biomed. Anal. 43: 1763–1768, 2007.

J.B. Bentley, J.D. Borel, R.E. Nenad and T.J. Gillespie. Age and fentanyl pharmacokinetics. Anesth. Anal. 61: 968–971, 1982.

J.G. Bovill and P.S. Sebel. Pharmacokinetics of high-dose fentanyl. Brit. J. Anaesth. 52: 795–801, 1980.

S. Bower. The uptake of fentanyl by erythrocytes. J. Pharm. Pharmac. 34: 181–185, 1982.

A.K. Chaturvedi, N.G.S. Rao and J.R. Baird. A death due to self-administered fentanyl. J. Anal. Tox. 14: 385–387, 1990.

H.S. Choi, H.C. Shin, G. Khang et al. Quantitative analysis of fentanyl in rat plasma by gas chromatography with nitrogen-phosphorus detection. J. Chrom. B 765: 63–69, 2001.

V. Coopman, J. Cordonnier, K. Pien and D. Van Varenbergh. LC-MS/MS analysis of fentanyl and norfentanyl in a fatality due to application of multiple Duragesic transdermal systems. For. Sci. Int. 169: 223–227, 2007.

M. Darwish, M. Kirby, P. Robertson, Jr. et al. Single-dose and steady-state pharmacokinetics of fentanyl buccal tablet in healthy volunteers. J. Clin. Pharm. 47: 56–63, 2007.

J. Day, M. Slawson, R.A. Lugo and D. Wilkins. Analysis of fentanyl and norfentanyl in human plasma by liquid chromatography-tandem mass spectrometry using electrospray ionization. J. Anal. Tox. 27: 513–516, 2003.

L.E. Edinboro, A. Poklis, D. Trautman et al. Fatal fentanyl intoxication following excessive transdermal application. J. For. Sci. 42: 741–743, 1997.

T.D. Egan, A. Sharma, M.A. Ashburn et al. Multiple dose pharmacokinetics of oral transmucosal fentanyl citrate in healthy volunteers. Anesthesiology 92: 665–673, 2000.

H.E. Felgate. A suicide involving fentanyl. Bull. Int. Asso. For. Tox. 19 (3): 32–33, 1988.

M. Frolich, A. Giannotti and J.H. Modell. Opioid overdose in a patient using a fentanyl patch during treatment with a warming blanket. Anesth. Anal. 93: 647–648, 2001.

B. Fryirs, A. Woodhouse, J.L. Huang et al. Determination of subnanogram concentrations of fentanyl in plasma by gas chromatography-mass spectrometry: comparison with standard radioimmunoassay. J. Chrom. B 688: 79–85, 1997.

D.L. Fung and J.H. Eisele. Fentanyl pharmacokinetics in awake volunteers. J. Clin. Pharm. 27: 652–658, 1980.

J.C. Garriott, R. Rodriguez and V.J.M. DiMaio. A death from fentanyl overdose. J. Anal. Tox. 8: 288–289, 1984.

T.J. Gillespie, A.J. Gandolfi, R.M. Maiorino and R.W. Vaughan. Gas chromatographic determination of fentanyl and its analogues in human plasma. J. Anal. Tox. 5: 133–137, 1981.

T. Goromaru, H. Matsuura, N. Yoshimura et al. Identification and quantitative determination of fentanyl metabolites by gas chromatography-mass spectrometry. Anesthesiology 61: 73–77, 1984.

J.P. Haberer, P. Schoeffler, E. Couderc and P. Duvaldestin. Fentanyl pharmacokinetics in anaesthetized patients with cirrhosis. Brit. J. Anaesth. 54: 1267–1270, 1982.

G.L. Henderson. Fentanyl-related deaths: demographics, circumstances, and toxicology of 112 cases. J. For. Sci. 37: 422–433, 1991.

R. Hess, G. Stiebler and A. Herz. Pharmacokinetics of fentanyl in man and the rabbit. Eur. J. Clin. Pharm. 4: 137–141, 1972.

N.H. Huynh, N. Tyrefors, L. Ekman and M. Johansson. Determination of fentanyl in human plasma and fentanyl and norfentanyl in human urine using LC-MS/MS. J. Pharm. Biomed. Anal. 37: 1095–1100, 2005.

D.S. Isenschmid, B.R. Hepler, D.M. Teem and C.J. Schmidt. A rapid increase in fentanyl-related deaths in Detroit—a twelve month review. Presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, Texas, February 22, 2007.

P.M. Kemp and L.E. Harty. Fentanyl toxicity due to heat related excessive release from a transdermal patch. Presented at the annual meeting of the Southwestern Association of Toxicologists, Dallas, Texas, April 5, 2001.

P. Kintz, P. Mangin, A.A. Lugnier and A.J. Chaumont. Simultaneous determination of fentanyl and its major metabolites and fentanyl analogues using gas chromatography and nitrogen-selective detection. J. Chrom. 489: 459–461, 1989.

D.E. Koehntop, J.H. Rodman, D.M. Brundage et al. Pharmacokinetics of fentanyl in neonates. Anesth. Anal. 65: 227–232, 1986.

G. Koren, P. Crean, G.V. Goresky et al. Pharmacokinetics of fentanyl in children with renal disease. Res. Comm. Chem. Path. Pharm. 46: 371–379, 1984.

S.R. Kowalski, G.K. Gourlay, D.A. Cherry and C.J. McLean. Sensitive gas liquid chromatography method for the determination of fentanyl concentrations in blood. J. Pharm. Meth. 18: 347–355, 1987.

K. Kumar, D.J. Morgan and D.P. Crankshaw. Determination of fentanyl and alfentanil in plasma by high-performance liquid chromatography with ultraviolet detection. J. Chrom. 419: 464–468, 1987.

Exhibit 32

B. Levine, G. Kauffman and Y.H. Caplan. The determination and distribution of fentanyl in a postmortem case. Presented at the annual meeting of the American Academy of Forensic Sciences, San Diego, California, February 19, 1987.

B. Levine, J.C. Goodin and Y.H. Caplan. A fentanyl fatality involving midazolam. Presented at the annual meeting of the Society of Forensic Toxicologists, Chicago, Illinois, October 20, 1989.

J.K. Lunn, T.H. Stanley, J. Eisele et al. High dose fentanyl anesthesia for coronary artery surgery: plasma fentanyl concentrations and influence of nitrous oxide on cardiovascular responses. Anesth. Anal. 58: 390–395, 1979.

K.A. Marquardt and R.S. Tharratt. Inhalation abuse of fentanyl patch. Clin. Tox. 32: 75–78, 1994.

T.L. Martin, K.L. Woodall and B.A. McLellan. Fentanyl-related deaths in Ontario, Canada: toxicological findings and circumstances of death in 112 cases (2002–2004). J. Anal. Tox. 30: 603–610, 2006

R.J. Matejczyk. Fentanyl related overdose. J. Anal. Tox. 12: 236–238, 1988.

D.A. McClain and C.C. Hug, Jr. Intravenous fentanyl kinetics. Clin. Pharm. Ther. 28: 106–114, 1980.

M. Michiels, R. Hendriks and J. Heykants. A sensitive radioimmunoassay for fentanyl. Eur. J. Clin. Pharm. 12: 153–158, 1977.

G. Newshan. Heat-related toxicity with the fentanyl transdermal patch. J. Pain Symp. Mgmt. 16: 277–278, 1998.

E.M. Pare, J.R. Monforte, R. Gault and H. Mirchandani. A death involving fentanyl. J. Anal. Tox. 11: 272–275, 1987.

J.A. Phipps, M.A. Sabourin, W. Buckingham and L. Strunin. Detection of picogram concentrations of fentanyl in plasma by gas-liquid chromatography. J. Chrom. 272: 392–395, 1983.

*Physicians' Desk Reference*, Medical Economics Company, Montvale, New Jersey, 1998.

*Physicians' Desk Reference*, Thomson PDR, Montvale, New Jersey, 2007.

A. Poklis and R.C. Backer. Urinary fentanyl and norfentanyl during application of Duragesic transdermal patches. Presented at the annual meeting of the American Academy of Forensic Sciences, Dallas, Texas, February 18, 2004.

P.G. Rose, M.S. Michael, S. Macfee and M.V. Boswell. Fentanyl transdermal system overdose secondary to cutaneous hyperthermia. Anesth. Anal. 77: 390–391, 1993.

J.G. Schwartz, J.C. Garriott, J.S. Somerset et al. Measurement of fentanyl and sufentanil in blood and urine after surgical application. Am. J. For. Med. Path. 15: 236–241, 1994.

J.H. Silverstein, M.F Rieders, M. McMullin et al. An analysis of the duration of fentanyl and its metabolites in urine and saliva. Anesth. Anal. 76: 618–621, 1993.

J.E. Smialek, B. Levine, L. Chin et al. A fentanyl epidemic in Maryland 1992. J. For. Sci. 39: 159–164, 1994.

H. Stoeckel, J.H. Hengstmann and J. Schuttler. Pharmacokinetics of fentanyl as a possible explanation for recurrence of respiratory depression. Brit. J. Anaesth. 51: 741–745, 1979.

N.F.J. Van Nimmen, K.L.C. Poels and H.A.F. Veulemans. Highly sensitive gas chromatographic-mass spectrometric screening method for the determination of picogram levels of fentanyl, sufentanil, and alfentanil and their major metabolites in urine of opioid exposed workers. J. Chrom. B 804: 375–387, 2004.

H.H. van Rooy, N.P.E. Vermeulen and J.B. Bovill. The assay of fentanyl and its metabolites in plasma of patients using gas chromatography with alkali flame ionisation detection and gas chromatography-mass spectrometry. J. Chrom. 223: 85–93, 1981.

N.B. Wu Chen, E.R. Donoghue, J.S. Denton et al. Fentanyl intoxication: suicide by transdermal patch. Presented at the annual meeting of the American Academy of Forensic Sciences, Orlando, Florida, February 19, 1999.

# Fenthion

T½: 12 hr
Vd: ?
Fb: ?
pKa: ?
b/p: ?

**Occurrence and Usage.** Fenthion (Baytex, Entex, Queletox) is an organophosphate cholinesterase inhibitor that has been employed commercially as a pesticide since 1957. It is available as 2% granules, a 3% dust, 25–40% wettable powders and 50–60% liquid concentrates. The current threshold limit value for occupational exposure is 0.2 mg/m$^3$.

**Blood Concentrations.** Fenthion has not been measured in the blood or plasma of asymptomatic exposed persons. Asymptomatic individuals living in a rural village sprayed with 1.5 g/m$^2$ of the chemical manifested slight decreases in plasma, but not red cell, cholinesterase (Taylor, 1963). Asymptomatic pesticide applicators spraying fenthion for 6 hours daily for 5 days exhibited a decline in blood cholinesterase averaging 8% (Hayes, 1982). Workers applying fenthion outdoors during a 1 week period had a higher number of subjective symptoms than control subjects, but showed no significant depression of blood cholinesterase (Jeyaratnam and Ponnambalam, 1980).