**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT**
**LAWRENCE COUNTY - PROBATE**

IN THE MATTER OF THE ESTATE OF   )
JAMES E. ADAMS,   )
    DECEASED.   )   No. 2007-P-18
       )
       )

**FILED**
**SEP 25 2009**
Peggy Frederick
CIRCUIT CLERK, LAWRENCE CO., ILL

## ORDER AUTHORIZING SETTLEMENT OF ACTION FOR WRONGFUL DEATH

This cause being called on the Petition for Leave to Settle Wrongful death action, and the court being advised on the premises, the Court finds as follows:

The Petitioner, Linda Adams, Independent Administrator of the Estate of James E. Adams has authority to settle this claim. The Court further finds that an offer to settle the wrongful death claim has been made and that the Petitioner has agreed to accept that amount. The Court also finds that a petition to approve the wrongful death action with the allocation of the proceeds has been filed and the Court hereby approves the settlement as set forth in the petition and proposed order. Finally, the Court finds that the petitioner, in line with the above, may request that her wrongful death action pending in Federal Court be dismissed with prejudice.

9-25-09
_____
Date

_____
Judge