# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINDA G. ADAMS, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 07-497-GPM |
| | ) |
| **JOHNSON & JOHNSON, et al.** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on a Notice filed by the parties.

**IT IS ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**.  The parties shall bear their own costs.

**DATED**:  October 1, 2009

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
        Deputy Clerk


APPROVED: s/G. Patrick Murphy
        G. Patrick Murphy
        United States District Judge